REID v. DURHAM HERALD CO.

No. 395P88.

Case below: 90 N.C. App. 771.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

ROSBY v. GENERAL BAPTIST STATE CONVENTION

No. 421P88.

Case below: 91 N.C. App. 77.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

SHORE v. BROWN

No. 470P88; 470PA88.

Case below: 91 N.C. App. 288.

Petition by defendants and third-party plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988. Petition by third-party defendant (General Motors Corp.) for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988. Petition by third-party defendant (LMCC) for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1988.

STATE v. BARNHARDT

No. 561P88.

Case below: 92 N.C. App. 94.

Petition by defendant for writ of supersedeas and temporary stay denied 8 December 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

STATE v. CHAPMAN

No. 429P88.

Case below: 91 N.C. App. 169.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.